# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

REYMUNDO CABRERA RUELAS,

    Plaintiff,

v.                                        CASE NO.  8:16-v-2625-T-26AEP

UNITED STATES OF AMERICA,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, and the Plaintiff's underlying criminal case,[1] Plaintiff's Motion for Reconsideration (Dkt. 5) is **denied.** The Court adheres to its reasoning in denying the Plaintiff's motion to vacate and, additionally, adopts the reasoning of the following two recently decided cases – United States v. Pineda, 2016 WL 4814804 (M.D. Fla. Sept. 14, 2016) and United States v. Tapia, 2016 WL 4815150 (M.D. Fla. Sept. 14, 2016).

**DONE AND ORDERED** at Tampa, Florida, on September 27, 2016.

                                                    s/*Richard A. Lazzara*
                                                    **RICHARD A. LAZZARA**
                                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Plaintiff, *pro se*

---

[1] See Case No. 8:04-cr-77-T-26AEP.